U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| WRI INVESTMENTS III LLC, a Washington limited liability company<br>v.<br>CHARLES BEIRD, an individual | FILED: AUGUST 15, 2008<br>08CV4659<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COX<br>FRA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: WRI INVESTMENTS III LLC

| NAME (Type or print) |
|---|
| Christopher B. Wilson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Christopher B. Wilson |

| FIRM |
|---|
| Perkins Coie LLP |

| STREET ADDRESS |
|---|
| 131 South Dearborn Street, Suite 1700 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06202139 | 312.324.8400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |