# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4659 | **DATE** | 8/19/2008 |
| **CASE TITLE** | WRI Investments III LLC vs. Beird | | |

**DOCKET ENTRY TEXT**

The complaint in this case fails to describe completely the citizenship of plaintiff WRI Investments III, LLC. Plaintiff is directed to file, by 8/26/08, an amended complaint setting forth the principal places of business of each of the members of the plaintiff LLC. If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

**Docketing to mail notices.**

| | **Courtroom Deputy Initials:** | **mk** |
|---|---|---|