AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

WRI INVESTMENTS III LLC,
a Washington limited liability company,
    Plaintiff,

V.

CHARLES BEIRD, an individual,
    Defendant.

CASE NUMBER: 08CV4659

ASSIGNED JUDGE: JUDGE KENNELLY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX EDA

TO: (Name and address of Defendant)

    Charles Beird
    211 Melody Lane
    Vernon Hills, IL 60061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Christopher B. Wilson
    Peter B. Neumer
    PERKINS COIE LLP
    131 South Dearborn Street, Suite 1700
    Chicago, IL 60603
    (312) 324-8400

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

August 15, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV4659
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( X ) Summons & Complaint
    (   ) Citation to Discover Assets
    (   ) Rule to Show Cause
    (   ) Subpoena
    (   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. ( X ) On the within named party, **Charles Beird**, by leaving a copy with **Joanna Beird, Wife**, who states that they are a member of the household on **August 19, 2008**, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on **08/20/2008**.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**    RACE: **Caucasian**    APPROXIMATE AGE: **35-40**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1529 N. Oakmont Dr., Vernon Hills, IL 60061**
TIME OF DAY: **9:35 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **20th** day of **August 2008**.

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV4659
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:
( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( ) Other:

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------          RACE: -------          APPROXIMATE AGE: -----

5. ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6. ( X ) That he was unable to serve the within named party **Charles Beird** located at **211 Melody Lane, Vernon Hills, IL 60061** for the reason: **Attempted service on 8/19/08 @ 11:20am and this is an incorrect address as the residence is vacant. Therefore, I was unable to locate the subject and effect service.**

Signed and Sworn to before me
This **20**[th] day of **August 2008**.

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11